IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| MERLE T. RUTLEDGE, | ) | |
|---|---|---|
| | ) | 4:10CV00054 |
| Plaintiff | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| TOWN OF CHATHAM, ET AL. | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendants | ) | |

Before me is Plaintiff Merle Rutledge's Motion to Proceed In Forma Pauperis, along with a Proposed Complaint and a Proposed Amendment. For the reasons set out in the Memorandum Opinion accompanying this Order, I will **DENY** the Plaintiff's Motion to Proceed In Forma Pauperis and **DISALLOW** his filing of the Proposed Complaint and Proposed Amendment without paying the filing fee within 14 days of the date of this order.

Entered this 5th day of November, 2010.

s/Jackson L. Kiser
Senior United States District Judge